**FULL PAGE REDACTION**

EXHIBIT A