E-FILED
Tuesday, 03 January, 2017 10:54:16 AM
Clerk, U.S. District Court, ILCD

**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-8367
Explanation of Benefits - Hospital Claim

Statement Date : 11/14/2014

| Check# | | Date : 11/13/2014 | Amount : $ 9,683.87 | | Payee ID | |

Billing Name & Address : ST JOSEPH MEDICAL CENTER, 7081 SOLUTION CENTER CHICAGO, IL 60677

| Claim# : | | Part. ID : | | Patient : | | Patient Control # |

Service Facility : ST JOSEPH MEDICAL CENTER 2200 E WASHINGTON, BLOOMINGTON, IL 61701

Member Name & Address :

| Date From | Date Through | Rev. Code | Proc Code | Modifier | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded. Amt($) | Co-Ins. Amt($) | Co-Pay. Amt($) | Ot. Paid($) | Paid At % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 149.00 | 149.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 1,832.40 | 41.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 27.85 | 6.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 55.90 | 25.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 14.60 | 11.00 | 0.00 | 0.00 | 0.00 | -0.00 | 0.00 | 100 | |
| | | | | | 6.35 | 3.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 7.85 | 3.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 8.00 | 5.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 53.35 | 5.10 | 48.25 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 28.35 | 10.05 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 53.05 | 23.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 5.76 | 4.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 14.60 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 5.00 | 1.07 | 3.93 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 43.10 | 12.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | |
| | | | | | 21.00 | 20.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 273.00 | 273.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 143.00 | 137.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 260.00 | 228.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 120.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 230.00 | 230.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 49.00 | 49.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 135.00 | 135.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 126.00 | 95.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 126.00 | 95.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 179.00 | 179.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 1,625.00 | 1,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 209.00 | 201.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 140.00 | 103.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 84.00 | 0.00 | 84.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |

Check :

Hospital Claim

Group EXHIBIT
tabbies B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 84.00 | 0.00 | 84.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 120.00 | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 168.00 | 0.00 | 168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 1,094.00 | 1,094.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 7,267.00 | 2,808.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 284.75 | 151.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 284.75 | 151.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 41.15 | 40.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 65.20 | 43.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 17.10 | 10.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 1,314.95 | 473.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 54.20 | 23.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 109.10 | 47.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 86.20 | 55.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 680.00 | 432.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 55.90 | 25.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 28.35 | 10.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 149.00 | 149.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 203.00 | 203.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 65.00 | 0.00 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 42.10 | 40.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| 5.75 | 4.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |
| **Total** | | | | | | | |
| 18,342.95 | 9,663.67 | 594.16 | 0.00 | 0.00 | 0.00 | 0.00 | |

Member responsibility for this claim#                                   $52.18

The patient is NOT responsible for the amount of [ $ 542.00 ], because the charges are not allowed under federal medical billing guidelines. Providers are strictly prohibited from trying to collect these overcharges from the patient. The reasons are given below in the adjustment and remark codes.
For any questions, please contact New York Medical Management at 1-877-477-3600.

**Claim EOB Notes**

CLAIM HAS BEEN REVIEWED BY CERIS CORP. QUESTIONS, PLEASE CONTACT 800-546-2570

**Adjustment Code Notes**

| Code | Description |
|---|---|
| 216 | Based on the findings of a review organization |
| 46 | This (these) service(s) is (are) not covered. |

## SEIU HEALTHCARE IL BENEFIT FUND
### 2229 S. HALSTED STREET, SUITE 122
### CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-8367

Explanation of Benefits - Hospital Claim          Statement Date    : 02/23/2015

| Check# :        | Date | Amount : $ 35,638.75 | Payee ID |
|---|---|---|---|

Billing Name & Address  : ST JOSEPH MEDICAL CENTER, 7081 SOLUTION CENTER CHICAGO, IL 60677

| Claim# :        | Part. ID | Patient | Patient Control # : |
|---|---|---|---|

Service Facility     : ST JOSEPH MEDICAL CENTER 2200 E WASHINGTON, BLOOMINGTON,, IL 61701

Member Name & Address     :

| Date From | Date Through | Rev. Code | Proc. Code | Modifier | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded'l Amt($) | Co-Ins Amt($) | Co-Pay Amt($) | OI Paid($) | Paid($) | At % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 99.00 | 54.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 273.00 | 149.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 10,049.00 | 5,487.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 2,890.00 | 1,578.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 1,240.15 | 677.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 1,320.00 | 720.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 358.00 | 195.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 6,077.00 | 3,318.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 1,793.00 | 979.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 878.00 | 479.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 738.00 | 403.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 26,183.00 | 14,298.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 6,896.90 | 3,766.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
|  |  |  |  |  | 6,465.00 | 3,530.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 |  |  |
| Total |  |  |  |  | 65,260.05 | 35,638.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |  |  |

Member responsibility for this claim                    $0.00

**Claim EOB Notes**

| Original Claim | Itemized bill has been received and reviewed by Ceris Corporation |
|---|---|

Claim #                    $0.00

Adjusted Netpay(Paid After Adjustment)   :        $35,638.75

Note: This is an adjustment claim. For reference, please see the attached EOB for previously processed claim.

Check

Hospital Claim          Page 2 of 2

**SEIU Healthcare IL Benefit Funds**
2229 S. Halsted Street, Suite 122  Chicago, IL 60608
Phone# 773-385-9300, Fax# 773-385-8367

**Explanation of Benefits - Hospital Claim - Provider Copy**

---

**SAINT JAMES HOSPITAL**
**2500 W REYNOLDS ST**
**PONTIAC, IL 61764**

| Facility ID : | Part. ID : | Claim # : |
| --- | --- | --- |
| **Billing Name, Address** | **Patient Name :** | **Statement Date :**  03/21/2014 |
| SAINT JAMES HOSPITAL | | **Claim Status  :**  Closed Rejected |
| 2500 W REYNOLDS ST | **Relation :**  MEMBER | **Check #** |
| PONTIAC, IL 61764 | **Plan :** | **Check Date :** |
| **Provider Name, Address** | **Control #** | **Check Amount :** |
| SAINT JAMES HOSPITAL - JOHN W ALBRECHT MED | **Participant Name, Address** | |
| 2500 W REYNOLDS ST | | |
| PONTIAC, IL 61764 | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4.95 | 0.00 | 4.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 57.30 | 0.00 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55.95 | 0.00 | 55.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 58.00 | 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 71.10 | 0.00 | 71.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 138.50 | 0.00 | 138.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66.70 | 0.00 | 66.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65.75 | 0.00 | 65.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 72.35 | 0.00 | 72.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 171.20 | 0.00 | 171.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7,476.00 | 0.00 | 7,476.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,289.00 | 0.00 | 1,289.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed Date :   03/21/14

**SEIU Healthcare IL Benefit Funds**
2229 S. Halsted Street, Suite 122 Chicago, IL 60608
Phone# 773-385-9300, Fax# 773-385-8367

**Explanation of Benefits - Hospital Claim - Provider Copy**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 934.00 | 0.00 | 934.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 8,114.00 | 0.00 | 8,114.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 38.00 | 0.00 | 38.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 4,746.00 | 0.00 | 4,746.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 92.75 | 0.00 | 92.75 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 56.65 | 0.00 | 56.65 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 54.45 | 0.00 | 54.45 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 54.05 | 0.00 | 54.05 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 71.70 | 0.00 | 71.70 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 53.85 | 0.00 | 53.85 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 56.90 | 0.00 | 56.90 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 176.85 | 0.00 | 176.85 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 59.25 | 0.00 | 59.25 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total :** | **24,037.05** | **0.00** | **24,037.05** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| Member Responsibility for this Claim | $24,037.05 |
|---|---|

| Code | Description |
|---|---|

CLAIM HAS BEEN REVIEWED BY CORVEL CORP. QUESTIONS, PLEASE CONTACT 800-546-2570.

**SEIU HEALTHCARE IL BENEFIT FUND**
**2229 S. HALSTED STREET, SUITE 122**
**CHICAGO, IL 60608**
**Phone: (773) 385-9300, Fax: (773) 385-8367**

**Explanation of Benefits - Hospital Claim**

Statement Date   : 11/02/2015

| | |
|---|---|
| Check# : | Date  11/02/2015   Amount : $ 1,047.23 | Payee ID |
| Billing Name & Address   : SAINT JAMES HOSPITAL, 7090 SOLUTION CENTER CHICAGO, IL 60677 | |
| Claim# :    Part. ID : |   Patient : | Patient Control # |
| Service Facility   : SAINT JAMES HOSPITAL 2500 WEST REYNOLDS STREET, PONTIAC, IL 61764 | |
| Member Name & Address   : | |

| Date From | Date Through | Rev. Code | Proc. Code | Modifier | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded. Amt($) | Co-Ins Amt($) | Co-Pay Amt($) | OL Paid($) | Paid At % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 169.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 268.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 284.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 36.00 | 36.00 | 0.00 | 0.00 | 0.00 | 36.00 | 0.00 | 100 | |
| | | | | | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 29.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 109.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 109.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 5.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 85.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 9.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 343.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 714.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 111.00 | 48.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 163.00 | 162.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 104.00 | 48.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 530.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 65.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 943.00 | 500.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 201.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 3,006.00 | 361.38 | 0.00 | 0.00 | 0.00 | 74.95 | 0.00 | 100 | |
| | | | | | 347.00 | 89.05 | 0.00 | 0.00 | 0.00 | 89.05 | 0.00 | 100 | |
| | | | | | 136.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 622.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 109.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 94.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 234.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 191.00 | 0.00 | 191.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 474.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| **Total** | | | | | 10,473.45 | 1,247.23 | 191.00 | 0.00 | 0.00 | 200.00 | 0.00 | | |

Member responsibility for this claim#                                              $391.00

| | | |
|---|---|---|
| Check | Hospital Claim | Page 2 of 3 |

Claim EOB Notes

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD
RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check

Hospital Claim

Page 3 of 3

**Page 2 Transactions for**

# Transaction Level Keyed Data

EOB : Remitter Name : NO MATCH

**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-8367
Explanation of Benefits - Medical Claim

Statement Date : 10/15/2015

Check # :                          Date : 10/15/2015    Amount : $ 241.60                Tax ID # :
Billing Name & Address   : SAINT JAMES HOSPITAL 7090 SOLUTION CENTER CHICAGO, IL 60677
Claim :                          Part. ID                Patient :                          Account # :
Rendering Provider & Address  : RUSHFORTH NEAL  2500 WEST REYNOLDS STREET PONTIAC IL 61764
Member Name & Address

| Date From | Date Through | Place | Proc./ App. Proc. | Mod./ Mod. | App. | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded. Amt($) | Co-Ins Amt($) | Co-Pay Amt($) | Ot. Paid($) | Paid At % | Adj. Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1,041.00 | 241.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | | |
| Total : | | | | | | $1,041.00 | $241.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |

Member responsibility for this claim                          $0.00

**Claim EOB Notes**
THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE.THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check                          Medical Claim                          Page 1 of 1

**SEIU HEALTHCARE IL BENEFIT FUND**
**2229 S. HALSTED STREET, SUITE 122**
**CHICAGO, IL 60608**
**Phone: (773) 385-9300, Fax: (773) 385-8367**
**Explanation of Benefits - Hospital Claim**

Statement Date  : 11/02/2015

| Check# : | | Date | 11/02/2015 | Amount : $ 4,547.58 | | Payee ID | |
|---|---|---|---|---|---|---|---|
| Billing Name & Address | : ST JOSEPH MEDICAL CENTER, 7081 SOLUTION CENTER CHICAGO, IL 60677 | | | | | | |
| Claim# : | | Part. ID | | Patient : | | Patient Control # : | |
| Service Facility | : ST JOSEPH MEDICAL CENTER 2200 E WASHINGTON, BLOOMINGTON, IL 61701 | | | | | | |
| Member Name & Address | : | | | | | | |

| Date From | Date Through | Rev. Code | Proc. Code | Modifier | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded. Amt($) | Co-Ins Amt($) | Co-Pay Amt($) | Ol. Paid($) | Paid At % | Payable by Fund($) | Adj. Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 114.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 2,000.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 1,395.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 797.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 1,010.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 4,986.00 | 4,986.00 | 0.00 | 0.00 | 1,994.40 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 2,857.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 1,376.00 | 1,218.55 | 0.00 | 0.00 | 487.42 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 1,374.75 | 1,374.75 | 0.00 | 0.00 | 549.90 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 201.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 1,408.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| | | | | | 7,138.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | | |
| Total | | | | | 24,656.85 | 7,579.30 | 0.00 | 0.00 | 3,031.72 | 0.00 | 0.00 | | 4,547.58 | | |

Member responsibility for this claim                                    $3,031.72

**Claim EOB Notes:**
THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check #

**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-8367
**Explanation of Benefits - Hospital Claim**

Statement Date : 12/14/2015

| Check# : ▓ | Date 12/14/2015 | Amount : $ 4,802.27 | | Payee ID ▓ |
|---|---|---|---|---|

Billing Name & Address : SAINT JAMES HOSPITAL, 7090 SOLUTION CENTER  CHICAGO, IL 60677

| Claim# : ▓ | Part. ID : ▓ | Patient ▓ | Patient Control # ▓ |
|---|---|---|---|

Service Facility : SAINT JAMES HOSPITAL 2500 WEST REYNOLDS STREET,  PONTIAC, IL 61784

Member Name & Address :

| Date From | Date Through | Rev. Code | Proc. Code | Modifier | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded. Amt($) | Co-Ins Amt($) | Co-Pay Amt($) | Ot. Paid($) | Paid At % | Payable by Adj. Fund($) Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | | | | | 2,671.00 | 1.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 60.00 | 0.60 | |
| ▓ | | | | | 496.00 | 1.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 60.00 | 0.60 | |
| ▓ | | | | | 941.00 | 1.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 60.00 | 0.80 | |
| ▓ | | | | | 1,470.00 | 1.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 60.00 | 0.60 | |
| ▓ | | | | | 549.50 | 141.34 | 0.00 | 0.00 | 56.54 | 0.00 | 0.00 | 60.00 | 84.80 | |
| ▓ | | | | | 52.25 | 1.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 60.00 | 0.60 | |
| | | | | | 5,830.00 | 5,830.00 | 0.00 | 0.00 | 2,332.00 | 0.00 | 0.00 | 60.00 | ▓ | |
| Total | | | | | 12,009.75 | 5,976.34 | 0.00 | 0.00 | 2,390.54 | 0.00 | 0.00 | | | |

Member responsibility for this claim ▓

**Claim EOB Notes**

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE.  THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

| Claim# : | Part. ID | Patient : ▓ | Patient Control # : |
|---|---|---|---|

Service Facility : SAINT JAMES HOSPITAL 2500 WEST REYNOLDS STREET,  PONTIAC, IL 61784

Member Name & Address :

| Date From | Date Through | Rev. Code | Proc. Code | Modifier | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded. Amt($) | Co-Ins Amt($) | Co-Pay Amt($) | Ot. Paid($) | Paid At % | Payable by Adj. Fund($) Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,071.00 | 429.61 | 0.00 | 0.00 | 171.84 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 284.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 29.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 26.65 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 5.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 4.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 21.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 265.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 201.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 474.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 38.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 111.00 | 80.31 | 0.00 | 0.00 | 32.12 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 829.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 128.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | | |
| | | | | | 3,318.00 | 429.61 | 0.00 | 0.00 | 171.84 | 0.00 | 0.00 | 60.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,769.00 | 429.61 | 0.00 | 0.00 | 171.84 | 0.00 | 0.00 | |
| 943.00 | 500.70 | 0.00 | 0.00 | 200.28 | 0.00 | 0.00 | 60.00 |
| 347.00 | 89.05 | 0.00 | 0.00 | 35.62 | 0.00 | 0.00 | 60.00 |
| 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| **Total** 14,109.00 | 1,958.89 | 0.00 | 0.00 | 783.54 | 0.00 | 0.00 | |

Member responsibility for this claim#                                    $783.54

**Claim EOB Notes**

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Claim# :                    Part. ID            Patient :                              Patient Control # :

Service Facility      :  SAINT JAMES HOSPITAL 2500 WEST REYNOLDS STREET, PONTIAC,, IL 61764

Member Name & Address   :

| Date From | Date Through | Rev. Code | Proc. Code | Modifier | Prov. Charge(s) | Approved Amt(s) | Non-Cov. Amt(s) | Ded. Amt(s) | Co-Ins. Amt(s) | Co-Pay Amt(s) | Ot. Paid(s) | Payable to Adj. Func(s) Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 336.00 | 158.31 | 0.00 | 89.78 | 27.41 | 0.00 | 0.00 | 60.00 | |
| | | | | | 336.00 | 158.31 | 0.00 | 158.31 | 0.00 | 0.00 | 0.00 | 60.00 | |
| **Total** | | | | | 672.00 | 316.62 | 0.00 | 248.09 | 27.41 | 0.00 | 0.00 | | |

Member responsibility for this claim#

**Claim EOB Notes**

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

| Adjustment Code Notes | |
|---|---|
| Code | Description |
| 1 | Deductible Amount |

Check #                                    Hospital Claim                                    Page 3 of 3

# Transaction Level Keyed Data

EOB : Remitter Name : NO MATCH

**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-8367
Explanation of Benefits - Medical Claim

Statement Date : 11/06/2015

| Check # : | | Date : 11/06/2015 | Amount : $ 162.46 | | Tax ID # : | |
| Billing Name & Address | : SAINT JAMES HOSPITAL 7090 SOLUTION CENTER CHICAGO IL 60677 | | | | | |
| Claim : | Part. ID : | | Patient : | | Account # : | |
| Rendering Provider & Address | : KEMP BENJAMIN  2600 WEST REYNOLDS STREET PONTIAC IL 61764 | | | | | |
| Member Name & Address | : | | | | | |

| Date From | Date Through | Place | Proc./ App. Proc. | Mod./ App. Mod. | Prov. Charges($) | Approved Amt($) | Non-Cov. Amt($) | Ded. Amt($) | Co-ins Amt($) | Co-Pay Amt($) | Ol. Paid($) | Al% | Paid Payable by Fund($) | Adj. Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 723.00 | 162.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 162.46 | | |
| Total: | | | | | $723.00 | $162.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $162.46 | | |

Member responsibility for this claim : $0.00

**Claim EOB Notes**
THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN

Check          Medical Claim          Page 1 of 1

SEIU HEALTHCARE IL BENEFIT FUND
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-8367
Explanation of Benefits - Hospital Claim                Statement Date : 02/22/2016

| Check# | | Date : 02/22/2016 | Amount : $ 732.14 | | Payee ID | |
|---|---|---|---|---|---|---|
| Billing Name & Address | SAINT JAMES HOSPITAL 7000 SOLUTION CENTER CHICAGO IL 60677 | | | | | |
| Client# | Plan ID | | Patient | | Patient Control # | |
| Service Facility | SAINT JAMES HOSPITAL 2500 WEST REYNOLDS STREET, PONTIAC, IL 61764 | | | | | |
| Member Name & Address | | | | | | |

| Date | Dept | Rev Code | Service Code | Modifier | Charged | Allowed | Non Cov | Ded | Co-ins | Co-pay | Oth Reduc | Percent Paid | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 106.00 | 102.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 273.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 85.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 2340.00 | 180.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 385.60 | 89.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 147.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 1,358.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 71.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 4.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| | | | | | 1,039.00 | 500.70 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 100 | |
| | | | | | 249.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | |
| Total | | | | | 6,097.70 | 732.14 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | | |

Net Reimbursement for this claim                                $ 732.14

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check#                        Hospital Claim                        Page 2 of 2

**SEIU HEALTHCARE IL BENEFIT FUND**
**2229 S. HALSTED STREET, SUITE 122**
**CHICAGO, IL 60608**
Phone: (773) 386-9300, Fax: (773) 386-8387
Explanation of Benefits - Medical Claim

Statement Date :

| Check # | | | Date | 02/18/2016 | Amount : $220.35 | | | | Tax ID # | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Billing Name & Address | SAINT JAMES HOSPITAL 7000 SOLUTION CENTER CHICAGO, IL 60677 | | | | | | | | | | |
| Claim | | | Part. ID : | Patient : | | | | Account # | | | |
| Rendering Provider & Address | RUSHFORTH NEAL  2500 WEST REYNOLDS STREET PONTIAC IL 61764 | | | | | | | | | | |
| Member Name & Address | | | | | | | | | | | |

| Date From | Date Through | Place Proc/ App. Proc | Mod / App. Mod | Prov. Charge(s) | Approved Amt(\$) | Non-Cov. Amt(\$) | Ded. Amt(\$) | Claims Amt(\$) | Co-Pay Amt(\$) | Dt. Point(s) | Paid Payable By At % | Adj. Core Fee(\$) | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1,041.00 | 220.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 220.35 | |

HUD CHARGES REDUCED BY MEDICARE'S U & C CALCULATION

| Total | | | | $1,041.00 | $220.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $220.35 | |

Member responsibility for this claim                                                         $0.00

**Claim EOB Notes**

THIS CLAIM STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check #                                          Medical Claim                          Page 1 of 1

Bank Chicago A/R Advantage.



**SEIU Healthcare IL Benefit Fund**
2229 S. Halsted Street, Suite 122, Chicago, IL 60608
Phone 773.393.6300, Fax 773.385.2381

Explanation of Benefits - Hospital Claim - Provider Copy

ST JOSEPH MEDICAL CENTER
7001 SOLUTION CENTER
CHICAGO, IL 60677 001

| Provider Information | Participant Information | Claim Information |
|---|---|---|
| Facility ID : | Part. ID : | Claim # : |
| Billing Name, Address | Patient Name : | Statement Date : 03/01/2016 |
| ST JOSEPH MEDICAL CENTER | | Claim Status : Closed Claim |
| 2200 E WASHINGTON | Relation : MEMBER | |
| BLOOMINGTON, IL 61701 | Plan : | |
| Provider Name, Address | Control # : | |
| ST JOSEPH MEDICAL CENTER | Participant Name, Address | |
| 2200 E WASHINGTON | | |
| BLOOMINGTON, IL 61701 | | |

| Charges | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 227.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,703.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,248.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 138.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 104.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 202.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed Date :

Page # : 1 of 2

*Bank Chicago A/R Advantage.*

**SEIU Healthcare IL Benefit Fund**
2229 S. Halsted Street, Suite 122, Chicago, IL 60608
Phone 773.305.9300, Fax 773.355.8367

Explanation of Benefits - Hospital Claim - Provider Copy

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 81.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 392.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 56.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 1,132.00 | 264.94 | 0.00 | 264.94 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 824.00 | 284.43 | 0.00 | 284.43 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 3,923.25 | 549.37 | 0.00 | 549.37 | 0.00 | 0.00 | 0.00 | | 0.00 | |

Member Responsibility for this Claim         549.37

Adjustment Code / Remark Code List

Code   Description
       Deductible Amount

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Printed Date : 03/01/16                                    Page 2 of 2

SEIU HEALTHCARE IL BENEFIT FUND
... HALSTED STREET, SUITE 422
CHICAGO, IL 60608
Phone: (773) 385-9300; Fax: (773) 385-9387
Explanation of Benefits - Hospital Claim

Statement Date : 03/18/2016

| Claim # | | Date | 03/14/2016 | Amount : $186.50 | | | Payee ID | |
| Billing Name & Address | ST. JAMES HOSPITAL, 1000 SOLUTION CENTER CHICAGO, IL 60677 | | | | | | | |
| Claim # | | Perf. ID | | Pat Sex | | | | Patient Control # |
| Service Facility | ST. JAMES HOSPITAL 2000 WEST REYNOLDS STREET, PONTIAC, IL 61764 | | | | | | | |
| Member Name & Address | | | | | | | | |

| From | Thru | Rev Code | Proc Code | Modifier | Proc Charges | Approved Amt | Non-Cvrd Amt | Ded Amt | Co-Ins Amt | Co-Pay Amt | Ded Pd % | Paid/ At % | Paid by Funct Code | Reason Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 273.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| | | | | | 648.00 | 297.55 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 100 | 97.55 | |
| | | | | | 137.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| | | | | | 385.00 | 89.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 89.45 | |
| | | | | | 7.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| | | | | | 94.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| | | | | | 137.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| Total | | | | | 1,569.50 | 388.50 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | | 186.50 | |

Member responsibility for this claim    $200.00

**Claim EOB Notes**

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNT IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-9357
Explanation of Benefits - Medical Claim

Statement Date : 08/16/2016

| | | Date : 08/16/2016 | Amount : $149.14 | | Tax ID # |
Billing Name & Address: ST JAMES HOSPITAL/7590 SOLUTION CENTER CHICAGO, IL 60677
Claim | Ref. ID | Patient | | Account #
Rendering Provider & Address: CLAUDIO MARK 2000 W REYNOLDS ST PONTIAC L61764
Medicare Name & Address

| Date From | Date Through | Appr. Prov. | Med. #/Appr. Mod. | Plan Charges($) | Approved Amt($) | Non Cov Amt($) | Ded Amt($) | Co Ins Amt($) | Co Pay Amt($) | %/Paid($) | Pat PR% | Pat Payable by Adj Code Fund($) | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 723.00 | 149.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 149.14 | |
| HUC CHARGES REDUCED BY MEDICARE'S U & C CALCULATION | | | | | | | | | | | | | |
| Total | | | | $723.00 | $149.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $149.14 | |

Member responsibility for this claim #                           $0.00

**Claim EOB Note**
THIS PLAN STATES THE APPROVED AMOUNTS FOR OUR OF NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE THE PATIENT SHOULD NOT BE HELD
RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN

Medical Claim                        Page 1 of 1

Bank Chicago A/R Advantage

**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-0300, Fax: (773) 385-8367
Explanation of Benefits - Hospital Claim

Statement Date: 03/21/2016

| | | | | | | |
|---|---|---|---|---|---|---|
| Check# | Date 03/21/2016 | Amount: $ 898.72 | | | Payee ID | |
| Billing Name & Address ST JAMES HOSPITAL, 1000 SOLUTION CENTER CHICAGO, IL 60677 | | | | | | |
| Claim# | Prov ID | Patient | | | Patient Control # | |
| Service Facility ST JAMES HOSPITAL, 2500 WEST REYNOLDS STREET, PONTIAC, IL 61764 | | | | | | |
| Member Name & Address | | | | | | |

| Serv Date | Rev Code | CPC | Modifier | Billed Charges | Allowed Amt | Not Covered Amt | Plan Cond | Other Adj Amt | Deductible Amt | Other Patient Resp | Provider Write Off/Ded Amt | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 60.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 10.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 700.00 | 500.70 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 100 | 500.70 |
| | | | | 208.00 | 97.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 97.74 |
| | | | | 196.00 | 162.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 162.36 |
| | | | | 125.00 | 48.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 48.57 |
| | | | | 88.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 344.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 385.00 | 89.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 89.05 |
| | | | | 147.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 408.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 262.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 71.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 19.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 4.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 10.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 273.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 242.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| | | | | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 |
| **Total** | | | | 4,519.55 | 898.72 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | | 898.72 |

Total net payable for this claim: $698.05

**Comments & Info**

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check # | Hospital Claim | Page 2 of 2

Bank Chicago A/R Advantage.

**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-0300, Fax: (773) 385-8367
Explanation of Benefits - Medical Claim

Statement Date : 03/04/2016

Check # :                    Date : 03/04/2016    Amount :  $ 78.55                    Tax ID # :
Billing Name & Address :  ST JAMES HOSPITAL, 2500 W REYNOLDS ST PONTIAC, IL 61764

Claim :                    Pat ID :              Patient :                    Account # :
Rendering Provider & Address :  MITCHELL, TODD, 2500 W REYNOLDS ST PONTIAC IL 61764
Member Name & Address :

| Date From | Date Through | Place Prov. | Mod App Prov. | Mod/ Mod2 | Prov. Charge($) | Approved Amt($) | Non-Pay Amt($) | Ded Amt($) | Co-Ins Amt($) | Co-Pay Amt($) | OL Paid($) | Paid Payable by Adj Dispo AL % Funds | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 429.00 | 78.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 78.55 | |

HUC CHARGES REDUCED BY MEDICARE'S U & C CALCULATION

Total:        $429.00    $78.55    $0.00    $0.00    $0.00    $0.00    $0.00    $78.55

Member responsibility for this claim                    $0.00

Claim EOB Notes
THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check #                    Medical Claim                    Page 1 of 1

Bank Chicago A/R Advantage.

SEIU HEALTHCARE IL BENEFIT FUND
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300; Fax: (773) 385-4367
Explanation of Benefits - Hospital Claim

Statement Date: 03/21/2016

| | | | | |
|---|---|---|---|---|
| Check # | Date: 03/21/2016 | Amount: $ 3,109.02 | | Payee ID |
| Billing Name & Address: ST JOSEPH MEDICAL CENTER, 7061 SOLUTION CENTER, CHICAGO, IL 60677 | | | | |
| Claim | Part. ID | Patient: | | Patient Control # |
| Service Facility: ST JOSEPH MEDICAL CENTER 2200 E WASHINGTON, BLOOMINGTON, IL 61701 | | | | |
| Member Name & Address | | | | |

| Date From | Date Through | R/R Code | Proc Code | Modifier | Prov. Charge($) | Approved Amt($) | Non-Cov Amt($) | Ded Amt($) | Coins Amt($) | Co-Pay Amt($) | Oth Paid($) | AI% | Paid Fund($) | Payable by Adj Fund($) Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1,913.00 | 180.03 | 0.00 | 0.00 | 72.01 | 0.00 | 0.00 | 90.00 | | 108.02 | |
| Total | | | | | 1,913.00 | 180.03 | 0.00 | 0.00 | 72.01 | 0.00 | 0.00 | | | 108.02 | |

Member responsibility for this claim     $72.01

**Claim EOB Notes**

THIS PLAN STATED THIS APPROVED AMOUNTS FOR OUT OF NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check #      Hospital Claim      Page 1 of 1

*Bank Chicago A/R Advantage.*

SEIU HEALTHCARE IL BENEFIT FUND
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-9367
Explanation of Benefits - Hospital Claim

Statement Date : 04/11/2016

Check #    Date : 04/11/2016    Amount : $ 693.51    Payee ID :
Billing Name & Address : ST JAMES HOSPITAL JOINT SOLUTION CENTER, CHICAGO, IL 60677
Claim #    Pat. ID :    Patient :    Patient Control #
Service Facility : ST JAMES HOSPITAL 2500 WEST REYNOLDS STREET, PONTIAC, IL 61764
Member Name & Address :

| Charges | Approved | Non-Cov | Other | | Copay | | Paid | Provider Adj | Remark |
|---|---|---|---|---|---|---|---|---|---|
| 204.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | | |
| 195.00 | 135.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 135.00 | |
| 275.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 57.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 1,050.00 | 400.48 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 100 | 200.48 | |
| 211.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 105.00 | 91.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 91.20 | |
| 147.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 247.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 209.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 71.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 9.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | |
| 125.00 | 46.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 46.20 | |
| 3,679.50 | 693.51 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | | 693.51 | |

Member reimbursement for this claim    $200.00

THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check    Hospital Claim    Page 2 of 2

Bank Chicago A/R Advantage.

SEIU HEALTHCARE IL BENEFIT FUND
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-9367
Explanation of Benefits - Medical Claim

Statement Date  04/07/2016

Check #          Date   04/07/2016   Amount    $110.14                    Tax ID #
Billing Name & Address  ST JAMES HOSPITAL, 2500 W REYNOLDS ST PONTIAC, IL 61764
Claim            Patel ID           Patient                               Account #
Rendering Provider & Address  CLAUSEN MARK, 2500 W REYNOLDS ST PONTIAC, IL 61764
Member Name & Address

| Date | Date | Place | Proc/ | Mod/ | App | Prov/ | Approved | Non-Cov/ | Ded/ | Co-Ins | Co-Pay | OA | Paid Payable by | Adj Code | Remark |
|------|------|-------|-------|------|-----|-------|----------|----------|------|--------|--------|----|----|----|----|
| From | Through | | Age/Proc | Mod | | Charge(s) | Amt(s) | Amt(s) | Amt(s) | Amt(s) | Amt(s) | Paid(s) | At A | Point | Code |
| | | | | | | 77.00 | 110.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110 | 110.14 | |

IN CO CHARGES REDUCED BY MEDICARE S U & C CALCULATION

| Total | | | | | | $77.00 | $110.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $110.14 | |

Member responsibility for this claim                              $0.00

Claim EOB Notes
THIS PLAN STATES THAT APPROVED AMOUNTS FOR OUT-OF-NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE. THE PATIENT SHOULD NOT BE HELD RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER A THIS PLAN.

Medical Claim

*Bank Chicago A/R Advantage.*



**SEIU HEALTHCARE IL BENEFIT FUND**
2229 S. HALSTED STREET, SUITE 122
CHICAGO, IL 60608
Phone: (773) 385-9300, Fax: (773) 385-8387
Explanation of Benefits - Medical Claim

Statement Date : 04/18/2016

Check # _____    Date    04/18/2016    Amount    $149.14    Tax ID #  _____
Billing Name & Address    ST JAMES HOSPITAL, 2500 W REYNOLDS ST PONTIAC, IL 60764
Claim    Part ID    Patient    Account #
Rendering Provider & Address    DOWLING PATRICK, 2000 W REYNOLDS ST PONTIAC, IL 61764
Member Name & Address

| Date From | Date Through | Place | Proc / App Proc | Modif / App Mod | Proc Mod | Row | Charge(s) | Approved Amt | Non Cov Amt(s) | Ded Amt(s) | Co-Ins Amt(s) | Co-Pay Amt(s) | Ot Paid(s) | Paid Payable by At % | Amount Adj (funds) | Code | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 772.00 | 149.14 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 100 | 149.14 | | |

HCC CHARGES REDUCED BY MEDICARE 81 & 0 CALCULATION

Total    $772.00    $149.14    $0.00    $0.00    $0.00    $0.00    $0.00    $149.14

Non-Contractual Reduction    $0.00

CAPTEO$ & Note
THIS PLAN STATES THE APPROVED AMOUNTS FOR OUT OF NETWORK CLAIMS WILL BE BASED ON THE MEDICARE FEE SCHEDULE THE PATIENT SHOULD NOT BE HELD
RESPONSIBLE FOR ANY AMOUNTS IN EXCESS OF THE AMOUNTS APPROVED UNDER THIS PLAN.

Check #    Medical Claim    Page 1 of 1

*Bank Chicago A/R Advantage.*